**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

GLORIA CREECY ET AL.                                    CIVIL ACTION
                                                        NO. 06-9307

VERSUS

METROPOLITAN INSURANCE COMPANY                          SECTION M
ET. AL.

**ORDER**

    Plaintiff's Objection to the Magistrate's Order of February 12, 2008 (#79) is **DENIED**.

    Defendant's Motion to exclude Certain Witnesses(#80) is **DENIED** at this time, to be re-urged, if appropriate, on the morning of trial.

    The parties in this case are instructed to file no further motions until the bench trial of this matter set for **10:00 a.m.  March 10, 2008.**

    New Orleans, Louisiana, this 26th day of February, 2008.

                                        Peter Beer
                                        United States District Judge